IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PHILLIP JACKSON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-275 |
| § | |
| SANDRA SILVA, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers the Magistrate Judge's September 1, 2017, Memorandum and Recommendation ("M&R") (Dkt. No. 7), which recommends that the above-captioned case be dismissed for failure to prosecute. The time to file objections has passed, and no objections have been filed. FED. R. CIV. P. 72(b); *see* Dkt. No. 7 at 4 (advising parties of the 14-day deadline).

After an independent review of the record and applicable law, the Court **ADOPTS** the September 1, 2017, M&R (Dkt. No. 7) and **DISMISSES WITHOUT PREJUDICE** the above-captioned case for failure to prosecute. Final Judgment will be entered separately in accordance with Federal Rule of Civil Procedure 58.

SIGNED this 5th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge